## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

MATTHEW HOLLIMAN

    PLAINTIFF

JUDGMENT IN A CIVIL CASE

VS

JOHN DEERE COMPANY

CASE NO: 09-2002-V

    DEFENDANT

DECISION BY COURT.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Of Dismissal entered on January 5, 2010, this cause is dismissed with prejudice pursuant to FRCP 41, with defendant Deere & Company to bear the costs of this matter and each party shall bear their own respective attorney's fees.

APPROVED:

s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

January 6, 2010
Date

Thomas M. Gould
Clerk of Court

    s/Betty Guy
    (By)  Deputy Clerk